STATE OF NORTH CAROLINA v. MICHAEL KEITH HOLDEN

No. 574PA03

(Filed 7 October 2004)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 160 N.C. App. 503, 586 S.E.2d 513 (2003), setting aside judgments entered upon defendant's conviction of two counts of first-degree statutory rape of a child under thirteen years of age by Judge Jerry R. Tillett on 16 January 2002 in Superior Court, Gates County, and awarding defendant a new trial. Heard in the Supreme Court on 14 September 2004.

*Roy Cooper, Attorney General, by Amy C. Kunstling, Assistant Attorney General, for the State-appellant.*

*Rudolph A. Ashton, III and Kirby H. Smith, III for defendant-appellee.*

*Thomas F. Loflin, III and Seth H. Jaffe, Managing Attorney, on behalf of American Civil Liberties Union of North Carolina Legal Foundation, Inc., amicus curiae.*

PER CURIAM.

The members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals.[1] Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Crawford v. Commercial Union Midwest Ins. Co.*, 356 N.C. 609, 572 S.E.2d 781 (2002); *Robinson v. Byrd*, 356 N.C. 608, 572 S.E.2d 781 (2002).

AFFIRMED.

---

1. At the time this case was heard and decided, the Court consisted of only six members, due to the retirement of Associate Justice Orr on 31 July 2004.